AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Juan Carlos Salinas-Salinas | ) | Case No. |
| | ) | 2:25-mj-00140 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**FILED**
SEP - 4 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 15, 2025** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546(a) | Fraud and misuse of visas, permits, and other documents |

This criminal complaint is based on these facts:

On February 15, 2025, Immigration and Customs Enforcement Deportation Officers ("ICE") conducted a targeted enforcement operation at or near 5304 MacCorkle Avenue, SE, in Charleston, Kanawha County, West Virginia. At approximately 10:00 a.m., ICE officers stopped a white Ford Ecoline van, which was occupied by an individual matching the description of a known immigration target. During the stop, JUAN CARLOS SALINAS-SALINAS was found in the van and presented ICE officers with a counterfeit Permanent Resident Card ("Green Card"). ICE officers checked applicable federal databases and confirmed that the Green Card was not authentic. JUAN CARLOS SALINAS-SALINAS admitted to ICE officers that he knew the Green Card was not authentic. This undersigned officer knows from his training and experience that a Green Card is a document authorized by statute or regulation for entry into the United States or for employment in the United States.

☐ Continued on the attached sheet.

_____
Complainant's signature

Garrett Q. Haws, DHS-HSI Officer
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: Sept. 4, 2025

_____
Judge's signature

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
_____
Printed name and title